WESTERN NORTH CAROLINA CONFERENCE and H. V. COX, B. J. EARPE, GEORGE T. GUNTER, CYRUS SHOFFNER and EARL FARRELL, Officers of the Said Conference; G. O. LANFORD, T. J. GREEN, M. A. POLLARD, H. V. COX, CYRUS SHOFFNER, GEORGE T. GUNTER and W. H. FREEMAN, the Executive Committee of the Said Conference, and MR. AND MRS. J. Q. PUGH, MRS.. H. B. KINNEY, MRS. HELEN K. RICH, FRANK WILSON, MURIEL PUGH COX, FRANCES PUGH SMITH, VIRGINIA PUGH and MRS. RUTH WILSON DAVIS, MR. AND MRS. J. W. WILSON, MRS. ODELL WRIGHT, SARAH ELLISON, FANNIE ELLISON, RUTH CHEEK KIVETT, D. G. CRAVEN, BEULAH DAVIS, RALPH WILSON, TIFFANY WILSON, MRS. ETTA HENDRICKS, BESSIE L. STOUT, TABITHE KELLING, LOLA PUGH CADDIS, JOHN PUGH, JR., ANNIE E. CRAVEN, WILLIAM CHEEK, MACIE CHEEK, CARRIE PUGH, JOE PUGH, NORDIE ALLRED HOLDER, G. H. KINNEY, MAXINE CRAVEN LEWIS, on Behalf of Themselves and All Other Members of PLEASANT CROSS CHRISTIAN CHURCH, v. GEORGE TALLEY, J. H. MALONE, TED TROGDON, A. M. BURNS, ED WRIGHT, MILDRED MALONE and CLARENCE MALONE, and All Such Other Persons Whose Names and Addresses Are Unknown, Who Are Affiliated With and Claim to Be Members of an Organization Known and Designated as the INDEPENDENT CHRISTIAN CHURCH. a Movement Fostered and Organized Since 14 November, 1943, by the Said GEORGE M. TALLEY.

(Filed 30 October, 1946.)

**Pleadings § 16:  Appeal and Error § 40b—**

Where a demurrer for misjoinder of parties is not interposed until after answer is filed it is too late to be considered as a matter of right but is

addressed to the sound discretion of the court, and its adverse ruling thereon is not subject to review.

APPEAL by defendants from *Clement, J.,* at July Term, 1946, of RANDOLPH.    Affirmed.

After answering, the defendants moved to dismiss the action as to the plaintiff Conference for that it is not a proper party plaintiff.    The motion was denied and defendant appealed.

*H. M. Robins and Long & Long for plaintiffs, appellees.*

*Walter Siler, J. G. Prevette, and Seawell & Seawell for defendants, appellants.*

PER CURIAM.    Defendants' motion is in effect a demurrer for misjoinder of parties, interposed after answer was filed.    It came too late. *Goldsboro v. Supply Co.,* 200 N. C., 405, 157 S. E., 58; *Schnibben v. Ballard & Ballard Co.,* 210 N. C., 193, 185 S. E., 646; *Ezzell v. Merritt,* 224 N. C., 602, 31 S. E.. (2d), 751; McIntosh, N. C. P. & P., 457. Having answered, his motion was addressed to the sound discretion of the court.    Its adverse ruling is not subject to review.

The judgment below is
Affirmed.